CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JAN 2 8 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRY RAY VINCIL, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:09CV00511 |
| | ) |
| v. | ) |
| | ) **FINAL ORDER** |
| | ) |
| NEW RIVER VALLEY REGIONAL | ) By: Glen E. Conrad |
| JAIL, | ) United States District Judge |
| | ) |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This 28th day of January, 2010.

_____
United States District Judge